# Exhibit B

# iMessage Conversation with Lisa Filippini

## 10/12/2025

iMessage Received on 10/12/2025 12:33:46 PM from Lisa Filippini (+19734941849)

> Hey Jonathan, I'm home from the hospital. I don't understand what all that stuff was about my account and sent it to me. He did not send anything to you. I just sent you some tax returns. I don't I didn't think there was anything wrong with that, I think how else am I supposed to send you things so I'm a little confused.

iMessage Conversation saved from my iPhone 15 Pro Max by [TouchCopy](TouchCopy) on 10/13/2025