Order Filed on November 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>**LISA ANN FILIPPINI,**<br><br><br>Debtor. | Case No.:    25-16171<br><br>Chapter:    13<br><br>Judge:    John K. Sherwood |

### ORDER RE: MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: November 13, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Lisa Ann Filippini |
| Case No.: | 25-16171 |
| Caption: | **ORDER RE: MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR** |

**THIS MATTER**, having come before the Court on the Motion to Withdraw as Attorney for Debtor [ECF No. 42], and the Court having considered the Motion together with the responses presented thereto by Debtor, Lisa Ann Filippini [ECF Nos. 44, 45], and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  The Motion to Withdraw as Attorney [ECF No. 42] filed by Jonathan Stone is GRANTED for the reasons set forth on the record at the November 13, 2025 hearing.

2.  Mr. Stone must provide the Debtor with a copy of the Debtor's file.