TO Honorable JOHN K SHERWOOD.
US BankRuptcy Court.
District of New Jersey.
MLK JR Federal Building
50 Walnut Street.
Newark NJ    07102

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2025 NOV 20  P 3: 19

Re Case # 25-16171-JKS.

Dear Judge SHerun;
    I reactling out to let you know
a few things.
        Sctllam Stone & Dolon LLP.
        Daueel J. Goldsulth.
    Do not Have a judgemet against Me.
They signed a Paper commiting fraud & it
Says they can Recieve up to a 500,000 fine.
On a Zoom call Sept 4 Eli an attorney
for Sctllam admitted there is No signed
docoment so that Means they Do not Have

a Judgement.

(2) They also Have violated the automatic Stay at least 50 times maybe more since it was in Place. I stressed it to Mr. Stone servenal times But Did nothing They Have Repeated violated it & should Face Fines.

(3) They also Demanded me to take Pictures of My cloths, clabets, Personal, Belongings Furniture etc & they can not Be legal. Also asking for like 40 things - acting like I'm on trial.

(4) Also using ~~Tooth~~ Mr. Stones defamatory comments about me & spreading them even to My Mother.

(5) Also Harasting My Mother saying she is Part owner of My Business & they know she's not

Also today Nov 15, 2025 I Recieved an text Message From Me Stone. At the Hearing You told Him to Sund Me My File. He text Me that He Dropped My File off in Mansfield Staples & I Had no Idea Where that is. I find it very Unethical for a lawyer to Do this & also Many things that Hes Done.

I Need the courts to Please take a look at this case & Please Help Me to get the Harassment, Bullying & torture of the last 2 years from a Fraudulant lawsuit & their Ruthless Attorneys that Seem to get a way with Every thing.

What they Have Been Doing to My 80 year old Mother is Ruthless.

Please Help.

Lisa Filippini

Scullari Stone & Dalton LLP

They are even Sending threatening & Demanding letter to My Brother Mark Filippini Saying My Mother owns this House WHICH IS absolutely a lie. Their Harassment & Mr Stone allowing & Helping them is a Serious alarm. My Mother & I are at our Breaking Point!

Case 25-16171-JKS   Doc 55   Filed 11/20/25   Entered 11/21/25 09:21:01   Desc Main
Document      Page 5 of 92



B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re Diana Kemp _____          Case No. 25-16553-SLM
       Debtor

                                             Chapter 13

## SUBPOENA FOR RULE 2004 EXAMINATION

To: _____ Mark Filippini _____
               *(Name of person to whom the subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| | |

The examination will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

All documents related to any financial transfers from Diana Kemp to yourself during the time period from January 1, 2019, through November 11, 2025, including the amount, date of transfer, payment plan (if any). This request includes any interest you received in the sale proceeds from Diana Kemp's home on or around 2023. All documents should be produced via email to dgoldsmith@schlamstone.com and emihilli@schlamstone.com on or before December 5, 2025.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/13/2025

        CLERK OF COURT

                                   OR

_____       _____
  *Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Shannon Reilly a/k/a Everett Reilly , who issues or requests this subpoena, are:
David Goldsmith, 26 Broadway, New York, NY, 10004
Tel: 212-344-5400; Email: dgoldsmith@schlamstone.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

| | | | |
|---|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | | |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $ _____

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/07/2025
                    MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | David J. Goldsmith | | |
| | First name | Middle name | Last name |
| Title | Partner | | |
| Company | Schlam Stone & Dolan LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 26 Broadway | | |
| | Number   Street | | |
| | New York | NY | 10004 |
| | City | State | ZIP Code |
| Contact phone | (212) 344-5400 | Email | dgoldsmith@schlamstone.com |

Honorable JOHN K SHERWIN.

I ended up Going to the Staples
the Next morning. I got there & they said
Last Night Mr. Stone came Back to get
the file Before they closed.
They said the file was there for
at least 4 Hours.
He ended up ~~~~~ SenDing file to
Me at 4AM as an email.
I text Mr. Stone the Day He sent the
text telling Him this is unethical & the
Judge will Be told about it. I guess thats
Why He went & Picked it Back up.

So going through of the emails that
He Has sent the attorney Setllam, Stone &
Dolan I Have Become Very upset &

I honestly cant Believe What I'm Reading.
He Has Been Helping the lawyer Eli
write court Documents of what to say,
Given advice Because He Doesnt Want
to Have to inforce the automatic
Stay. Please Read all of them.
It is so Horraibl What Hes Been
Dong.
   I'm also SenDing the to
Albert Russo & the Setham Stone &
Dolan.
   This is very alarming.
I cant Believe He wanted Me to
See these.

I am also Requesting Fee Sent
to Jonathon Stone Be Reimbursed.
$2186.00   He Has Been Helping
to Lawyer Scttlon Stone & Dolan
& never inforced the automatic
Stay & Helped them with the
Paper Work.
What He Has Done is unethical
& against the law.
Plus He Has went on to slandee
My name, lied about Me & Spread
a false Narratrie about Me.
I Hope the couck and truste
Can Help Me.

4:27

*June*

Done    **onvio.us**

Emails_Part1.pdf    Manage ▼

## Exhibit E - Part 1 (Pages 1-300)

Email Correspondence Record

Date : 6/12/2025 2:12:05 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : image001.png;image002.png;

Hi Everyone,

Many of my client's creditors write a templated letter that they send to the Court. Basically, they say that

due to the automatic stay, the action against that defendant is dismissed without prejudice pending the

outcome of the bankruptcy.

Give me a few hours, and I will find a letter or two or three.

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - 3A

Hettstown, NJ 07840

(908) 979-9919

(908) 979-9920

Mission Statement: We strive to make your experience as worry-free as possible while treating you in a dignified,

*Please Read all He was Helpin the lawyers Totally against me.*

1    30

4:27

Done     **onvio.us**

Emails_Part1.pdf     Manage ▾

Date : 6/12/2025 2:30:46 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : image001.png;image002.png;image.png;

ECourts is having issues right now and will try later. I even tried different browsers and computers and still

get this same error message:

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - 3A

Hackettstown, NJ 07840

w: (908) 979-9919

f: (908) 979-9920

Mission Statement: We strive to make your experience as worry-free as possible while treating you in a dignified,

courteous, and respectful manner. By consistently working together in a caring, secure, and trusting relationship, our

team endeavors to exceed your expectations.

Bankruptcy Notice: We are a federally designated debt relief agent, proudly helping people file for the

4:27

 

**Done**   **onvio.us**

Emails_Part1.pdf   **Manage** ▾   🖶   ✕

  |  |

Date : 6/12/2025 2:36:13 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : image001.png;image002.png;image.png;

Ok, something must be going on statewide.

I am trying to fill out 2024 Form PAS-1 at propertytaxrelief.nj.gov.

I am unable to access the system, as I am stuck in a repetitive loop.

Geez. . .

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - 3A

Hackettstown, NJ 07840

w: (908) 979-9919

f: (908) 979-9920

Mission Statement: We strive to make your experience as worry-free as possible while treating you in a dignified,



...urteous, and respectful manner. By consistently working together in a caring, secure, and trustin... ...ship, our

  

4:28

Emails_Part1.pdf    Manage ▾

Date : 6/13/2025 9:37:57 AM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : Dismissal Without Prejudice.pdf;image001.png;image002.png;

Hi Eni,

While I wanted to send another sample to you, I cannot find one so easily. Reluctantly, I am sending you

this one.

Unfortunately, my original attorney failed to file the Complaint under seal. Even worse, the new attorney

dismissed my complaint without my permission, and he verbally told me his secretary gave him a stack of

papers, mine included, and had no actual knowledge he dismissed my case.

The original attorney who filed the complaint left the firm and never told Michael Leh about my case or the

other boy who joined me.

That said, this language should be helpful if you choose.

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - 3A

now ~~~~~ I Know why He

Never ~~~ addressed the automatic

Stay

4:29

Emails_Part1.pdf    Manage ▼

---

Date : 6/13/2025 1:49:20 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : image001.png;image002.png;

If it is not dismissed against Lisa, then you are willfully in violation of the stay. Here is an order of the court

that was entered sua sponte that was filed in a legal malpractice case against me.

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - 3A

Hackettstown, NJ 07840

w: (908) 979-9919

f: (908) 979-9920

Mission Statement: We strive to make your experience as worry-free as possible while treating you in a dignified,

courteous, and respectful manner. By consistently working together in a caring, secure, and trusting relationship, our

team endeavors to exceed your expectations.

Bankruptcy Notice: We are a federally designated debt relief agent, proudly helping people file for relief under the

4:28

**Done**    **onvio.us**

Emails_Part1.pdf    Manage ▼

Date : 6/13/2025 1:27:31 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : image001.png;image002.png;image001.png;image002.png;

I'm not suggesting you dismiss the entire complaint. Just the one against Lisa without prejudice. Without a

dismissal means you are still litigating against Lisa, and I would have to bring an action in the bankruptcy

court for your client's willful violation of the automatic stay. I don't want to do that.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (908) 979-9919

Fax (908) 979-9920

Jun 13, 2025, at 1:04 PM, Eni Mihilli <emihilli@schlamstone.com> wrote:

nal (emihilli@schlamstone.com)

Doesnt want to inforce the autolatic stay? this is unethical & should Be illegal.

4:29

Done        **onvio.us**

Emails_Part1.pdf    Manage ▼

Date : 6/17/2025 8:23:26 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith" dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : image003.png;image004.png;image005.png;

Awesome catch! My error. I will fix it well in advance of the meeting of creditors.

If you see any other errors, I am all ears. Thank you!

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - 3A

Hackettstown, NJ 07840

w: (908) 979-9919

f: (908) 979-9920

Mission Statement: We strive to make your experience as worry-free as possible while treating you in a dignified, courteous, and respectful manner. By consistently working together in a caring, secure, and trusting relationship, our ...am endeavors to exceed your expectations.

...uptcy Notice: We are a federally designated debt relief agent, proudly helping people file f... ...he

**Done**     **onvio.us**

Emails_Part1.pdf     Manage ▼

Date : 6/17/2025 8:35:22 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: Activity in Case 2:24-cv-08208-KSH-AME REILLY v. FILIPPINI et al Text Order

Attachment : image001.png;image002.png;image003.png;image.png;

Hi Eni,

Good thinking! However, you missed two words: noncontingent and liquidated. Neither of those facts

apply to this case.

I will go through this file with a fine tooth comb prior to the 341, so expect some changes. I figure you

found an error, so likely I goofed somewhere else.

Today, I had a stalker (not a client) who was unfortunately monitoring my client and me.

My client and I decided to end the consultation and pick another time. He offered, and I accepted, that I

immediately close the office while he escorted me to my vehicle.

I am still rattled. I also expect I will have to call the police.

Here is a screenshot with my arrows showing that the debtor qualifies under 109(e):

Jonathan Stone

Attorney at Law

Certified Public Accountant

11   30

**Done** **onvio.us**

Emails_Part1.pdf **Manage** ▾  ✕ *Aug Sept*

     

Date : 8/14/2025 9:16:41 AM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith"

dgoldsmith@schlamstone.com

Subject : Re: In Re Filippini - Subpoena Response

Your suggestion is perfect! Thank you.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (908) 979-9919

Fax (908) 979-9920

On Aug 14, 2025, at 9:14 AM, Eni Mihilli <emihilli@schlamstone.com> wrote:

External (emihilli@schlamstone.com)

Report This Email FAQ GoDaddy Advanced Email Security, Powered by INKY

Hi Jonathan,

happy to help reduce your workload so you don't have to provide us what Lisa's former atto

‹ **25** 30 ›

Done    **onvio.us**

Emails_Part1.pdf    Manage ▾    🖨    ✕

    

Date : 8/14/2025 3:36:46 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "David J. Goldsmith" dgoldsmith@schlamstone.com, "Jeffrey M. Eilender" jeilender@schlamstone.com

Subject : Re: Call from Lisa Filippini

Attachment : image001.png;image002.png;image001.png;image002.png;

Eni,

I am so very sorry she called you. I will have a pointed discussion with Lisa.

You may use this email as consent that service on me is service on Lisa and Diana.

Again, I am so very sorry for her calling you.

While you did not say this, but just in case Lisa was rude, hostile, or in any way less than polite with a soft voice, I am profoundly sorry.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

_0 Schooley's Mountain Road - Bldg. 3A

_ettstown, NJ 07840-4002

_908) 979-9919

 27  30



Date : 9/9/2025 10:21:54 AM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Subject : Re: Lisa Filippini Ch 13 case #25-16171(JKS)- Trustee seeking an adjournment of the confirmation on 9/11/25 @8:30 am

Attachment : image.png;

Ahhhhh!!!! That makes sense!!!

By the way, you do not need consent from the Trustee to raise supplemental objections. At least in bankruptcy, as a court of equity, Courts tend to search for a ruling on the substance of the issues. Stated another way, Courts rarely get in the way of any litigant, creditor or debtor, of limiting access to the Courts. That said, one does not want to be labeled a "vexatious litigant." Then, the Court could put restrictions, but that is not the case here.

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - 3A

Hackettstown, NJ 07840

w: (908) 979-9919

f: (908) 979-9920

Mission Statement: We strive to make your experience as worry-free as possible while treating  a dignifie



Date : 10/2/2025 10:44:40 AM

From : jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "David Martin" dmartin@russotrustee.com

Subject : Kemp/Filippini - Motion to Transfer

Hi Eni,

I'm want to keep you in the loop, as I dislike surprises and perhaps you share my views.

Minutes ago, I received a phone call from David Martin, Esquire from the Standing Chapter 13 Trustee's Office. He was gracious to advise me that I used the wrong case number for Filippini in my motion to transfer.

After a brief discussion, we jointly agreed that I need to withdraw that motion and refile same.

I plan on executing this plan this weekend, as I am swamped with the 1040 tax extension deadline of October 15, 2025. Then I also have two partnerships to prepare where they blew the September 15, 2025 extended deadline for filing their Form 1065 returns. Those need to be filed asap as the K-1s flow to their partner's Form 1040.

Tons of fun!

Anyway, I am copying Mr. Martin on this communication should you wish to have a private conversation with him.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Date : 10/9/2025 2:25:59 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith" dgoldsmith@schlamstone.com, "lisa.fili@yahoo.com" lisa.fili@yahoo.com

Subject : Re: Follow-up to Meet and Confer - Documents Needed from Lisa Filippini

Attachment : image001.png;image002.png;Outlook-gwfp5s3s.png;

Hi Eni,

This is the first time I am seeing this email. I am forwarding same to Ms. Filippini and will call and text right now.

Jonathan Sto

Attorney at Law

Certified Public Accounta

490 Schooley's Mountain

Hackettstown, NJ 07840

w: (908) 979-9919

f: (908) 979-9920

Mission Statement: We strive to make your experience as worry-free as possible while treating you in a dignified,

onvio.us

Emails_Part2.pdf     Manage ▼

Date : 10/13/2025 11:53:38 AM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case N

Attachment : image001.png;image002.png;

My cell is (908) 763-1585

Get Outlook for iOS

From: Jonathan Stone, Esquire <jonathan@jonstonelaw.com>

Sent: Monday, October 13, 2025 11:52:48 AM

To: Eni Mihilli <emihilli@schlamstone.com>

Subject: Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 2

Please retract you email as it was improper. Please call me or the Trustee.

Get Outlook for iOS

From: Eni Mihilli <emihilli@schlamstone.com>

Sent: Monday, October 13, 2025 11:49:38 AM

To: Chambers_of SLM <Chambers_of_SLM@njb.uscourts.gov>; Chambers of JKS
<chambers_of_jks@njb.uscourts.gov>

: Sharon Ford <sford@russotrustee.com>; David J. Goldsmith <dgold      @schlan

der <jeilender@schlamstone.com>; Jonathan Stone, Esquire <jo          nston

russo@russotrustee.com>



onvio.us

Emails_Part2.pdf   **Manage** ▾       🖶     ✕

---

Date : 10/13/2025 12:03:01 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 25-1655

Attachment : image001.png;image002.png;image001.png;image002.png;

1. Court would not know. These matters are scheduled through the Trustee.

2. I find that it is best contacting the court as a last resort. That is why I privately emailed you.

3. Courts sometimes ask if a party picked up the phone and spoke with the adversary first. If the p
no, it can be embarrassing.

4. Contacting the Trustee or the opposing party first shows demonstrates professionalism. Note th
no way implying you are anything but professional. That said, I find that perception by the Court is
paramount.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (    ) 919

Fax (9       9920



<   27   37   >

onvio.us

Date : 10/13/2025 12:11:36 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 25-16553/SLM

Attachment : image001.png;image002.png;image001.png;image002.png;

Oh and I forgot! A few years ago, I wrote a negative but well founded comment about an adversary and

Judge Sherwood, the same judge we have in the case, publicly slammed me in open court.

It was a reminder for me to be careful pointing out an adversary's errors.

I am merely stating my opinion.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (908) 979-9919

Fax (908) 979-9920

On Oct 13, 2025, at 12:03 PM, Jonathan Stone, Esquire <jonathan@jonstonelaw.com> wrote:

1. Court would not know. These matters are scheduled through the Trustee.

2. I find that it is best contacting the court as a last resort. That is why I privately emailed you.

*About the Judge, Giving way too much advice*

onvio.us

Emails_Part2.pdf   Manage ▾



Date : 10/13/2025 12:14:34 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 25-1655

Attachment : image001.png;image002.png;image001.png;image002.png;

Hi Eni,

No need to apologize!!!!

I am about to file a motion to withdraw for both Filippini and Kemp.

It will be filed tonight.

It will not be a routine motion, and if I were you, I would consider sitting down while reading it.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (908) 979-9919

Fax (908) 979-9920

On Oct 13 2025, at 12:11 PM, Jonathan Stone, Esquire <jonathan@jonstonelaw.com wrote:

Oh a[    ] A few years ago, I wrote a negative but well founded comment ab[    ]ersar

**onvio.us**

Date : 10/13/2025 1:52:20 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 25-16553/SLM

Attachment : image001.png;image002.png;image001.png;image002.png;

Eni,

I hope you are sitting down. I just filed my motion. My heart is pounding and I am shaking.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (908) 979-9919

Fax (908) 979-9920

On Oct 13, 2025, at 12:11 PM, Jonathan Stone, Esquire <jonathan@jonstonelaw.com> wrote:

Oh and I forgot! A few years ago, I wrote a negative but well founded comment about an adversary and

Judge Sherwood, the same judge we have in the case, publicly slammed me in open court.

It was a reminder for me to be careful pointing out an adversary's errors.

I am merely stating my opinion.

onvio.us

Emails_Part2.pdf    Manage ▼



Date : 10/14/2025 9:59:06 AM

From : "Sharon Ford" sford@russotrustee.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com, "Albert Russo"

arusso@russotrustee.com, "Mary Krieger" mkrieger@russotrustee.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 25-16553/SLM

Attachment : image001.png;image002.png;

External (sford@russotrustee.com)

Report This Email FAQ GoDaddy Advanced Email Security, Powered by INKY

Ms. Mihilli,

Due to new circumstances in the Filippini case, the case will need to be reviewed by Mr. Russo. There is a

new motion filed by Mr. Stone to withdraw as attorney.

Sharon Ford

Legal Supervisor

sford@russotrustee.com

Direct Extension: 112

Office of the Chapter 13 Trustee

Albert Russo

Office location:

3 AAA Drive – Suite 203





Date : 10/15/2025 2:42:02 PM

From : jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Sharon Ford" sford@russotrustee.com, "Albert Russo" arusso@russotrustee.com, "Mary

Krieger" mkrieger@russotrustee.

Goldsmith" dgoldsmith@schlams

Subject : Re: Lisa Ann Filippin

As mentioned in my recent filing

Today, October 15, 2025 at 11:5

Filippini's actions forced me to blowing the filing deadline on some filings and is malpractice per se.

I am doing my best to salvage these

32    37



Date : 10/14/2025 12:20:42 AM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "emihilli@schlamstone.com" emihilli@schlamstone.com

Subject : Filippini - Notice of Fraudulent Conduct By Debtor

Attachment : 43 - Notice of Fraudulent Conduct by Debtor.pdf;Outlook-cvzbvmvq.png;

Hi Emi,

Thank you for your ongoing support and collaboration, especially as we navigate the complexities of the Filippini matter, as further detailed in the above Notice of Fraudulent Conduct By Debtor. This Notice will be served on all parties listed on the bankruptcy petition, including those who have filed an appearance or a proof of claim, the Standing Chapter 13 Trustee, and the United States Trustee's Office.

Once I get past the October 15, 2025 tax extension deadline, I will research the proper procedures for handling Ms. Filippini's materials currently in my office and anticipate that reporting this to the FBI may be necessary, as bankruptcy crimes fall within their scope. If you are able to conduct any research to support the integrity of the bankruptcy proceedings, your findings would be most welcome.

I do not know if your firm handles criminal matters, but any insight into how we go about minimizing Shirley De Paola being targeted in the witness tampering would be helpful

Thank you again for your dedication and assistance during this challenging time. Please let me know if you have any questions, need clarification on any point, or wish to discuss any aspect further. I look forward to continuing our collaborative efforts and appreciate your partnership as we move forward.

Jonathan Stone



   

**onvio.us**

Date : 10/15/2025 2:42:02 PM

From : jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Sharon Ford" sford@russotrustee.com, "Albert Russo" arusso@russotrustee.com, "Mary Krieger" mkrieger@russotrustee.com, "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J. Goldsmith" dgoldsmith@schlamstone.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 25-16553/SLM

As mentioned in my recent filings, I will be filing a motion to withdraw.

Today, October 15, 2025 at 11:59 pm is the drop dead deadline for all income tax returns to be filed.

Filippini's actions forced me to blowing the filing deadline on some filings and is malpractice per se.

I am doing my best to salvage these taxpayer's filings as best I can.

I will be filing a police report tomorrow.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (908) 979-9919

Fax (908) 979-9920

onvio.us

Emails_Part2.pdf    Manage ▾

Date : 10/15/2025 5:05:36 PM

From : "Jonathan Stone, Esquire" jonathan@jonstonelaw.com

To : "Eni Mihilli" emihilli@schlamstone.com

Cc : "Sharon Ford" sford@russotrustee.com, "Albert Russo" arusso@russotrustee.com, "Mary
Krieger" mkrieger@russotrustee.com, "Jeffrey M. Eilender" jeilender@schlamstone.com, "David J.
Goldsmith" dgoldsmith@schlamstone.com

Subject : Re: Lisa Ann Filippini Case No. 25-16171 (JKS) and Diana Kemp Case No. 25-16553/SLM

Follow-up,

The locksmith came where I now have a lock on one of my internal doors. This room is now locked at all
times and is where I put Ms. Filippini's files.

Sent from my iPhone

Jonathan Stone

Attorney at Law

Certified Public Accountant

490 Schooley's Mountain Road - Bldg. 3A

Hackettstown, NJ 07840-4002

Tel. (908) 979-9919

Fax (908) 979-9920

On Oct 15, 2025, at 4:54 PM, Jonathan Stone, Esquire <jonathan@jonstonelaw.com> wrote:

Dear All,






**10:01**

Jonathan >

Read 4:04 PM

Today 4:06 PM

Lisa, I am at the Mansfield Staples who has your file. Their phone number is 908-784-1214 so you can make arrangements for pickup and payment.

Today 5:25 PM



+    iMessage



SCHLAM STONE & DOLAN LLP
David J. Goldsmith, 19th Fl
26 Broadway, New York 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
Email: dgoldsmith@schlamstone.com
Attorneys for Creditor Shannon Reilly, a/k/a Everett Reilly

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Chapter 13

LISA ANN FILIPPINI,                             Case No. 25-16171-JKS
                          Debtor.               Hon. John K. Sherwood

**OBJECTION TO CHAPTER 13 PLAN**

Shannon Reilly, a/k/a Everett Reilly ("Reilly"), creditor of Debtor Lisa Ann Filippini ("Debtor") through his attorneys, Schlam Stone & Dolan LLP, pursuant to 11 U.S.C. § 1325(a)(3), (a)(4), (a)(6), (a)(7) and (b), Rule 3015 of the Federal Rules of Bankruptcy Procedure and Local Rule D.N.J. LBR 3015-3, hereby object to confirmation of the Debtors' "Chapter 13 Plan" (Docket No. 003)(the "Plan"). For the reasons set forth below, the Plan does not satisfy the requirements of Bankruptcy Code § 1325 and thus should not be confirmed.

I.    **REILLY'S CLAIM**

      Reilly is a creditor of the Debtor due to a litigation pending in the United States District Court for the District of New Jersey in which Reilly seeks over $465,000 in damages due to Debtor's intentional and willful failure to pay wages and compensation in violation of federal and state labor laws. The litigation is titled *Shannon Reilly a/k/a Everett Reilly v. Lisa Filippini,*

**January 1, 2019, through September 2025**.

*This is not a fact.*

   a.   This request would include any list of assets, or liabilities, concerning what the LLC owns (as opposed to what Lisa Filippini owns).

*I'm not. On trouw & they Have No Judgement against me*

   b.   To the extent that the LLC made any

major

purchases, or sold anything besides services, documents related to such purchases or sales should be provided.

5. **The LLC's customer list**, if any, and the **estimated value of the customer list**.

6. **All the LLC's W-2 forms related to** the employment of **Shannon**

Reilly a/k/a Everett Reilly from **January 1, 2019, through January 2024.**

7.   **All the LLC's records of hours** worked by **Shannon Reilly a/k/a Everett Reilly** from **January 1, 2019, through January 2024.**

8.   **All the LLC's records of wages** paid to **Shannon Reilly a/k/a Everett Reilly** from **January 1, 2019,**

produced from January 1, 2019 through September 2025 as well.

2. **All Lisa Filippini's credit card statements** from **January 1, 2019 through September 2025**.

3. **Lisa Filippini's order or purchase history** for all her **Amazon purchases** from **January**

from **January 1, 2019, through September 2025**, with sufficient information to identify the items purchased, the date of purchase, and the amount of each purchase.

4. **Lisa Filippini's order or purchase history** for all her **Affirm purchases** from **January 1, 2019, through**

September 2025, with sufficient information to identify the items purchased, the date of purchase, and the amount of each purchase.

5. **Lisa Filippini's order or purchase history** for all her **Afterpay purchases** from **January 1, 2019, through September 2025**, with

sufficient information to identify the

items purchased, the date of purchase, and the amount of each purchase.

6.  **Lisa Filippini's order or purchase history** for all her **TikTok purchases** from **January 1, 2019, through September 2025**, with sufficient information to

identify the items

purchased, the date of purchase, and the amount of each purchase.

7. **Lisa Filippini's order or purchase history** for all her **Klarna purchases** from **January 1, 2019, through September 2025,** with sufficient information to identify the items

purchased, the date of purchase, and the amount of each purchase.

8. **Lisa Filippini's order or purchase history** for all her **Apple purchases** from **January 1, 2019, through September 2025**, with sufficient information to identify the items purchased, the date of

purchase, and the amount of each purchase.

9. **All documents** related to **items Lisa Filippini purchased or used** in connection with **operating Lisa's Priceless Pets LLC but claims to own individually**, including the value of such items.

a. In her petition, Lisa

Lisa Filippini stated that she owns "dog grooming supplies, such as clippers, combs, and miscellaneous tools of the trade, tables, register, and cages, all purchased personally and not through Lisa's Priceless Pets."

b    An

itemized list of each of each "tool of the trade", including its estimated value, is required by this request. Any records of purchases of these items (such as receipts) should be included in this production.

10. **All documents** related to **Lisa**

**Filippini's statement** that her **household goods and furnishings are worth $3,000, and that neither item is worth more than $700**. For clarity, this request demands a list of each household goods item owned by Lisa Filippini and its

estimated value, including photographs of

the items referenced.

11. **All documents** related to **Lisa Filippini's assertion** that her **electronics are three televisions and one laptop are valued at $2,500, with no one item valued at more than $700**. For

clarity, this request demands a list of each electronic item

owned by Lisa Filippini and its estimated value including photographs of the items referenced.

12. **All documents** related to **Lisa Filippini's assertion** that her **clothing and pocketbooks are worth $700 in total**. For clarity, this

request demands documents related to how many items of clothing Lisa

Filippini owns and the estimated value of each item, how many pocketbooks she owns, and photographic documentation of the same. For example, Ms. Filippini could take photos of the closets in her home.

13. **All documents** related to **Lisa Filippini's assertion** that her **jewelry is worth $1,000**

**in total.** For clarity, this request demands documents related to what jewelry she owns, the price of each item's purchase, and its current estimated value, including photographs of each piece of

jewelry.

## Documents Needed from Lisa Filippini Related to Lisa's Priceless Pets LLC ("the LLC")

1. **All the**

**LLC's bank statements and check copies** from the Wells Fargo **bank account ending in -0733** for the following time periods: **(i) January 1, 2019 through February 1, 2025**, <u>AND</u> **(ii)**

**May 11, 2025, through September 2025**. If the LLC has any other bank accounts, records for those should be produced

be produced from January 1, 2019 through September 2025 as well.

2. **All the LLC's credit card statements** from **January 1, 2019, through September 2025** (if any).

3. **All the LLC's financial records** related to all the **LLC's income and expenses** from **January 1, 2019,**

1, 2019 through September 2025.

a. This includes **back-up documents** related to the **LLC's income for each month of operation** from **January 1, 2019 through September 2025.**

i. For example, this would include all

include all copies of checks, cash deposits, and daily appointment books verifying the business' daily transactions, or any other

document which relates to income received by the LLC January 1, 2019, through September 2025.

ii.   Any documents

related to the income received by the LLC from January 1, 2019 through September 2025 would be included in this request.

b. This also includes **back-up documents** related to all the **LLC's monthly expenses** from **January 1, 2019**

**through September 20205**, including documents related to:

i.    **the LLC's business rent/lease expenses** (for example, this might include a rental lease setting forth the amount of rent per month),

ii.    **the LLC's electric**

**expenses** (for example, this might include a bill or agreement setting forth the electrical charges per month),

iii. **the LLC's internet and phone expenses** (for example, this might include a bill or agreement setting forth internet and phone charges per month),

iv.  **the LLC's repairs and maintenance expenses** (for example, this might include a bill or invoice setting forth the amount of the expense and services performed),

v.  **the LLC's liability insurance expenses** (for example, this might

include an insurance policy setting forth the monthly payment),

vi. **the LLC's payroll tax expenses** (for example, this may include amounts paid to the government in payroll taxes by way of tax forms),

vii. **the LLC's sales tax**

**expenses** (for example, this may include amounts

paid to the government in payroll taxes by way of tax forms),

viii.  **the LLC's travel expenses** (for example, this might include travel receipts or emails verifying the travel and amounts),

ix.  **the**

**LLC's interest expenses** (for example, this might include an agreement verifying the amount of interest, and why),

x.   **the LLC's gas expenses** (for example, this might include a bill or agreement setting forth the electrical charges per month),

xiv.   **the LLC's expenses for paying employees** (for example, this might include a payroll print-out); and

xv.   **any of the LLC's other expenses**.

4.   **All the LLC's financial records** related to all the **LLC's assets and liabilities** from

documents articulated below on or before <u>October 10</u>, <u>2025</u>, to avoid the need for court action.

## Documents Needed from Lisa Filippini Related to Debtor

1. **All Lisa Filippini's bank statements and check copies** from any of her bank accounts **from January 1, 2019, through September 2025.**

   a. This includes all

records for Lisa Filippini's Wells Fargo bank account ending in -5005, and

all records for Lisa Filippini's Citibank bank account ending in -6221. I

b.   If Lisa Filippini has any other bank accounts, records for those should be produced

